UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>ONUR AKSOY<br>   a/k/a "Ron Aksoy"<br>   a/k/a "Dave Durden" | Crim. No. 22-cr-464<br><br>FED. R. CRIM. P. 12.4<br>DISCLOSURE STATEMENT |

     Pursuant to Fed. R. Crim. P. 12.4, the Attorney for the United States, acting under authority conferred by 28 U.S.C. § 515, files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-reference matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

     **Name of Organizational Victim:** Amazon.com, Inc.
     **Parent Corporation:** N/A
     **Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

     **Name of Organizational Victim:** Cisco Systems, Inc.
     **Parent Corporation:** N/A
     **Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

     Respectfully submitted,

     VIKAS KHANNA
     Attorney for the United States
     Acting Under Authority Conferred
     by 28 U.S.C. § 515

     By:    s/ *Andrew M. Trombly*
               Andrew M. Trombly
               Assistant U.S. Attorney

Date: July 11, 2022