AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cr-464 |
| Onur Aksoy | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America (co-lead attorney).

Date: 07/12/2022

s/ Matthew A. Lamberti
*Attorney's signature*

Matthew A. Lamberti
*Printed name and bar number*

Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Avenue, NW, Suite 600
Washington, DC  20530

*Address*

matthew.lamberti@usdoj.gov
*E-mail address*

(202) 514-1026
*Telephone number*

*FAX number*