

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

August 12, 2022

*Via ECF*
Hon. Peter G. Sheridan
District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re: United States v. Onur Aksoy
22-cr-464 (PGS)

Dear Judge Sheridan:

     I represent Onur Aksoy in the above matter. Mr. Aksoy was initially arrested in Florida, the state he resides in, on June 29, 2022, and he ultimately consented to detention pending his arrival in the District of New Jersey. He was transferred to Oklahoma and has been there for over two weeks. We anticipate he will eventually be moved to New Jersey, however, we also understand if there is no date on the calendar that he will not be considered a priority and he may not be brought here for several more weeks, if not months. Therefore, we are respectfully requesting that Your Honor schedule an initial appearance and bail hearing in the next two weeks. If Your Honor prefers, we can bring this request before a Magistrate. In the event that Mr. Aksoy does not arrive in time for the scheduled hearing, we would request a short adjournment. Andrew Trombly, AUSA, on behalf of the Government, has no objection to our request of putting the matter on the calendar. Your Honor's time and consideration of this request is extremely appreciated.

                                      Respectfully submitted,
                                      s/ Lorraine Gauli-Rufo
                                      Lorraine Gauli-Rufo
                                      *Attorney for Onur Aksoy*

cc:  Matthew A. Lamberti, AUSA
      Andrew M. Trombly, AUSA
      Elizabeth Auson, PTSO