

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

August 19, 2022

*Via ECF*
Hon. Cathy K. Waldor
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re: *United States v. Onur Aksoy*
        22-cr-464 (PGS)

Dear Judge Waldor:

  I was retained by Onur Aksoy in the above matter. On June 29, 2022, Your Honor signed the Complaint and the Arrest Warrant for Mr. Aksoy, and he was arrested in Miami, Florida, where he resides. We are respectfully requesting to schedule an initial appearance and bail hearing before Your Honor. Mr. Aksoy has been Indicted and the case has been assigned to the Honorable Peter G. Sheridan. Judge Sheridan has instructed that bail be heard before the magistrate judge.

  Mr. Aksoy was initially arrested in Florida, the state he resides in, on June 29, 2022. At a Rule 5 hearing, he ultimately consented to detention pending his arrival in the District of New Jersey. He has been in custody for nearly 2 months without a bail hearing. He was taken to Oklahoma by the US Marshals, where he remains today.  We understand that if we schedule a bail hearing, there is a chance that the US Marshals may bring a defendant more quickly to the issuing district. Therefore, we are respectfully requesting that Your Honor schedule appearance

bail hearing in the next two weeks. In the event that Mr. Aksoy does not arrive in time for the scheduled hearing, we would request a short adjournment. Andrew Trombly, AUSA, on behalf of the Government, has no objection to our request of putting the matter on the calendar. Your Honor's time and consideration of this request is extremely appreciated.

                                          Respectfully submitted,
                                          s/ Lorraine Gauli-Rufo
                                          Lorraine Gauli-Rufo
                                          *Attorney for Onur Aksoy*

cc:  Matthew A. Lamberti, AUSA
     Andrew M. Trombly, AUSA
     Elizabeth Auson, PTSO