# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                                     **August 25, 2022**
**MAGISTRATE JUDGE: SINGH**                         **DATE OF PROCEEDINGS**
**ESR: Mark J. Morelli**

**TITLE OF CASE**:                                                  **CR-22-464 (PGS)**

UNITED STATES OF AMERICA,
    V.
ONUR AKSOY

**APPEARANCES:**

Andrew Trombly, AUSA and Matthew Lomberti, AUSA, for Government
Lorraine Gauli-Rufo, Esq., for Defendant
Michelle Roman and Elizabeth Auson, Pretrial Services

**NATURE OF PROCEEDING:**      Initial Appearance on Complaint via Video Conference

Initial appearance held.
All parties consent to Initial Appearance by video conference.
Initial appearance held.
Defendant advised of his rights, charges and penalties.
Defendant waives formal reading of the Indictment.
All parties consent to pretrial release once bond is satisfied.
**Ordered bail set at** $5,000,000 secured by available equity in property.
Order Setting Conditions of Release to be entered.
Brady Order to be entered.
Orders to be entered.
Ordered defendant remanded to the custody of the US Marshals until bond conditions are satisfied.

TIME COMMENCED:     12:05 p.m.
TIME ADJOURNED:     12:35 p.m.                         s/ Mark Morelli
TOTAL TIME: 30 MINUTES                         Deputy Clerk