UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONUR AKSOY<br>a/k/a "Ron Aksoy"<br>a/k/a "Dave Durden" | Hon. Peter G. Sheridan<br><br>Crim. No. 22-cr-464 |

RECEIVED
AUG 3 1 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

### ORDER OF RELEASE

This matter having come before the Court on the motion of Defendant Onur Aksoy (Lorraine Gauli-Rufo, Esq., appearing), with the consent of the United States, by Vikas Khanna, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515 (Assistant United States Attorney Andrew M. Trombly, appearing); and Defendant having appeared before the Court for an initial appearance and bail review on August 25, 2022; and this Court having set conditions for Defendant's pretrial release at that hearing; and the Court having considered the parties' joint proposal regarding Defendant's pretrial release; and for good cause shown,

IT IS on this 31st day of August 2022 ORDERED that:

1. Defendant Onur Aksoy, Reg. No. 07569-506, shall be released from the custody of the U.S. Marshals to the custody of third-party custodian Maydet Aksoy as soon as practicable;

2. Immediately after his release, and escorted by third-party custodian Maydet Aksoy, Defendant shall travel directly to Pretrial Services for the

1

District of New Jersey in Newark ("Newark Pretrial") and shall present himself to Newark Pretrial **within 48 hours of Defendant's release from the custody of the U.S. Marshals** for processing and satisfaction of all other conditions set by this Court for Defendant's pretrial release;

3. No later than Defendant's release from the custody of the U.S. Marshals, third-party custodian Maydet Aksoy shall provide to Newark Pretrial an itinerary fully accounting for her and Defendant's travel from the location of Defendant's release to Newark Pretrial.

Dated: August 31, 2022

HONORABLE RUKHSANAH L. SINGH
U.S. MAGISTRATE JUDGE

2