## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**TRENTON OFFICE**

September 26, 2022
DATE OF PROCEEDINGS

**JUDGE:** **PETER G. SHERIDAN, USDJ**

**COURT REPORTER:** FRANK GABLE

United States of America

vs.

ONUR AKOY

Present

**Docket #** Cr.22- 464-(01) (PGS )

**APPEARANCES:**

Andrew M. Trombly, AUSA for Government

Lorraine Gauli-Rufo, Esq for Defendant

**NATURE OF PROCEEDINGS:** Arraignment
All parties, including Defendant, were present via videoconference.
Initial Appearance held.
Defendant waived the reading of the Indictment.
Charges and penalties read into the record.
Plea: Not Guilty to Counts 1-11 of the Indictment.
Scheduling Order to be submitted.
Ordered Bail Continued.
Consent order via videoconference filed.

TIME COMMENCED:   2:40 PM
TIME ADJOURNED:   2:50 PM
TOTAL TIME:       0:10

s/Dolores Hicks
DEPUTY CLERK

**cc: Chambers**