LGR LAW, LLC
FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 18, 2022

*Via ECF*
The Hon. Peter G. Sheridan
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: United States v. Onur Aksoy
22-cr-464 (PGS)

Dear Judge Sheridan :

We have discussed the proposed scheduling order that was submitted to Your Honor today with AUSAs Andrew Trombly and Matthew Lamberti and are in agreement with all of the proposed dates set forth therein. We have also agreed to a one-month continuance in this matter until November 30, 2022. Thereafter, however, Mr. Aksoy is invoking his right to a Speedy Trial, and would respectfully request that Your Honor schedule a trial for a date in February 2023, or as soon thereafter as possible. At this time, after reviewing an outline of the Government's probable discovery, we do not anticipate filing any pre-trial motions; however, we are aware that the filing of any motions would toll the Speedy Trial clock. Your Honor's time and consideration of the foregoing is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
*Attorney for Onur Aksoy*

cc:
Andrew Trombly, AUSA
Matthew Lamberti, AUSA