UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Peter G. Sheridan |
| v. | : |
| | : Crim. No. 22-cr-464-PGS |
| ONUR AKSOY | : |
| a/k/a "Ron Aksoy" | : |
| a/k/a "Dave Durden" | : |

### ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States, by Vikas Khanna, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515 (Andrew M. Trombly, Assistant United States Attorney, appearing) and defendant Onur Aksoy (Lorraine Gauli-Rufo, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and this being the second request for a post-indictment continuance in this matter by party consent, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)     Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(3)     The defendant has consented to the above-referenced continuance;

(4)     The granting of a continuance will likely conserve judicial resources; and

(5)     As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS, therefore, on this __19__ day of __October__, 2022 ORDERED that:

(1)     This action is continued under the Speedy Trial Act from the date this Order is signed through and including **November 30, 2022**; and

(2) The period from the date this Order is signed through and including **November 30, 2022** shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE PETER G. SHERIDAN
Senior United States District Judge

Consented and Agreed to by:

/s/ Andrew M. Trombly
_____
Andrew M. Trombly
Assistant U.S. Attorney


 /s/ Sean Farrell/AMT
_____
Sean Farrell
Cybercrime Unit Chif


_____
Lorraine Gauli-Rufo, Esq.
Counsel for Defendant