**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | : | |
| v. | : | |
| | : | Crim. No. 22-cr-464-PGS |
| ONUR AKSOY | : | |
|   a/k/a "Ron Aksoy" | : | |
|   a/k/a "Dave Durden" | : | |

**ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of the United States, by Vikas Khanna, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515 (Andrew M. Trombly, Assistant United States Attorney, appearing), and defendant Onur Aksoy (Lorraine Gauli-Rufo, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to the continuance and waived such right, and this being the third request for a post-indictment continuance in this matter by party consent, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Taking into account the exercise of diligence, the facts of this case require that defense counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the above-referenced continuance;

(4) The granting of a continuance will likely conserve judicial resources; and

(5) As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS, therefore, on this __29__ day of __November__, 2022 ORDERED that:

(1) This action is continued under the Speedy Trial Act from the date this Order is signed through and including **February 28, 2023**; and

(2) The period from the date this Order is signed through and including **February 28, 2023** shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
THE HONORABLE PETER G. SHERIDAN
Senior United States District Judge

Consented and Agreed to by:

/s/ Andrew M. Trombly
_____
Andrew M. Trombly
Assistant U.S. Attorney


_____
Lorraine Gauli-Rufo, Esq.
Counsel for Defendant