# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Peter G. Sheridan |
| v. | |
| ONUR AKSOY<br>a/k/a "Ron Aksoy"<br>a/k/a "Dave Durden" | Criminal No. 22-464 |
| | AMENDED SCHEDULING ORDER |

This matter having come before the Court for consideration; and the United States being represented by Vikas Khanna, Attorney for the United States Acting Pursuant to Authority Conferred by 28 U.S.C. § 515 (Assistant United States Attorney Andrew M. Trombly and Senior Counsel Matthew A. Lamberti, appearing); and Defendant Onur Aksoy being represented by Lorraine Gauli-Rufo, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this ___5___ day of December 2022, ORDERED that:

1.    The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before December 9, 2022. Any discoverable evidence that becomes known to the Government after that date

shall be disclosed to the Defendant reasonably promptly after becoming known to the Government.

2.  The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before December 9, 2022. Any exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3.  The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before January 20, 2023.

4.  The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before January 20, 2023. Any discoverable evidence that becomes known to the Defendant after that date shall be disclosed to the Government reasonably promptly after becoming known to the Defendant.

5.  Neither party shall be required to disclose experts or expert testimony, or disclosures otherwise set forth in Federal Rule of Criminal Procedure 16(a)(1)(F) (Reports of Examinations and Tests) and 16(a)(1)(G) (Expert Witnesses) under this schedule. Such disclosures shall be addressed in a subsequent scheduling order setting a schedule for trial, if necessary.

6.  The following shall be the schedule for pretrial motions in this matter:

      a.      The Defendant shall file any and all pretrial motions pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h) on or before January 20, 2023.

      b.      The Government shall file any opposition to the Defendant's pretrial motions on or before February 17, 2023.

      c.      The Defendant shall file any reply to the Government's opposition on or before March 3, 2023.

      d.      Oral argument on pretrial motions shall be held on a date to be set by separate order, if necessary.

DATED: *March 8, 2023 at 11:30 AM in Person.*

*/s/ Peter G. Sheridan*
Honorable Peter G. Sheridan
Senior United States District Judge

Consented to as to form and entry:

/s/ Andrew M. Trombly
_____
Andrew M. Trombly
Assistant U.S. Attorney

/s/ Lorraine Gauli-Rufo
_____
Lorraine Gauli-Rufo, Esq.
Counsel for defendant