UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
       Plaintiff,        Case No. 3:22-CR-00464 (PGS)

v.             **NOTICE OF APPEARANCE**
               **AS TRIAL COUNSEL**

ONUR AKSOY,
       Defendant.
_____/

  COMES NOW Arturo V. Hernandez, Esq., and files this Notice of Appearance as Trial Counsel for the above named Defendant. Counsel agrees to represent the Defendant for all trial proceedings arising out of the above referenced criminal cause in the United States District Court in and for the District of New Jersey.

            Respectfully submitted,

            By: */s/ Arturo V. Hernandez*
            ARTURO V. HERNANDEZ, P.A.
            Florida Bar No.: 0324078
            Courthouse Center
            40 N.W. 3rd Street, Suite 200
            Miami, FL 33128
            Tel: 305-579-4850
            E-mail: avhlawpa@gmail.com

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the ___12th___ day of December, 2022, the foregoing document was filed with the Clerk of the Court using the Court's electronic filing system.

            Respectfully submitted,
          By: */s/ Arturo V. Hernandez*
            Arturo V. Hernandez, Esq.