UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
        Plaintiff,                               Case No.3:22-CR-00464 (PGS)

v.                                       **NOTICE OF APPEARANCE**
                                                **AS TRIAL COUNSEL**

ONUR AKSOY,
        Defendant.
_____/

      COMES NOW Ramon A. Hernandez, Esq., and files this Notice of Appearance as Trial Counsel for the above named Defendant. Counsel agrees to represent the Defendant for all trial proceedings arising out of the above referenced criminal cause in the United States District Court in and for the District of New Jersey.

                                              Respectfully submitted,

                                              By: */s/ Ramon A. Hernandez*
                                              Ramon A. Hernandez, Esq.
                                              Florida Bar No.: 101515
                                              ARTUR. HERNANDEZ, P.A.
                                              Courthouse Center
                                              40 N.W. 3rd Street, Suite 200
                                              Miami, FL  33128
                                              Tel: 305-579-4850
                                              E-mail: rayhernandezesq@gmail.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the ___13th___ day of December, 2022, the foregoing document was filed with the Clerk of the Court using the Court's electronic filing system.

                                                Respectfully submitted,
                                            By: */s/ Ramon A. Hernandez*
                                                  Ramon A. Hernandez, Esq.