# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONUR AKSOY<br><br>Defendant. | Cr. No. 22-464 (PGS)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned attorneys hereby agree and stipulate to this Substitution of Attorney for Defendant, Onur Aksoy.

Withdrawing Attorney:

_____
Lorraine Gauli-Rufo, Esq.

Dated: ~~November~~ December 16, 2022

Substituting Attorney:

_____
Arturo V. Hernandez, Esq.

The substitution of attorney is hereby approved and so ORDERED:

Date:

_____
Hon. Judge Peter G. Sheridan
United States District Judge