UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONUR AKSOY<br>  a/k/a "Ron Aksoy"<br>  a/k/a "Dave Durden" | Hon. Peter G. Sheridan<br><br>Criminal No. 22-464<br><br>SECOND AMENDED<br>SCHEDULING ORDER |

This matter having come before the Court for consideration; and the United States being represented by Vikas Khanna, Attorney for the United States Acting Pursuant to Authority Conferred by 28 U.S.C. § 515 (Assistant United States Attorney Andrew M. Trombly and Senior Counsel Matthew A. Lamberti, appearing); and Defendant Onur Aksoy being represented by Arturo V. Hernandez, Esq. and Ramon A. Hernandez, Esq.; and the parties having met and conferred regarding the review of discovery and the schedule for pretrial motions in this matter; and the parties having agreed on an amended schedule for the filing and argument of pretrial motions in light of the time required by the defense to review discovery produced by the Government; and the Court having accepted such schedule, and for good cause shown,

It is hereby ORDERED that the Amended Scheduling Order entered by this Court on December 6, 2022 (D.E. 27) (the "First Amended Scheduling Order") is amended as follows:

1. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before April 21, 2023.

2.  The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before April 21, 2023. Any discoverable evidence that becomes known to the Defendant after that date shall be disclosed to the Government reasonably promptly after becoming known to the Defendant.

3.  Neither party shall be required to disclose experts or expert testimony, or disclosures otherwise set forth in Federal Rule of Criminal Procedure 16(a)(1)(F) (Reports of Examinations and Tests) and 16(a)(1)(G) (Expert Witnesses) under this schedule. Such disclosures shall be addressed in a subsequent scheduling order setting a schedule for trial, if necessary.

4.  The following shall be the schedule for pretrial motions in this matter:

    a.  The Defendant shall file any and all pretrial motions pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h) on or before April 21, 2023.

    b.  The Government shall file any opposition to the Defendant's pretrial motions on or before May 22, 2023.

    c.  The Defendant shall file any reply to the Government's opposition on or before June 6, 2023.

    d.  Oral argument on pretrial motions shall be held on __June 27,_____, 2023 at __12:00 PM__.
    In Person with Mr. Onur Aksoy.

It is further ORDERED that all other dates set in the First Amended Scheduling Order not amended by this Order remain in place.

(signature on next page)

2

DATED: _____

                                                        _____ 1/11/23
                                                        Honorable Peter G. Sheridan
                                                        Senior United States District Judge

Consented to as to form and entry:

/s/ Andrew M. Trombly

_____
Andrew M. Trombly
Assistant U.S. Attorney

_____
Arturo V. Hernandez, Esq.
Ramon A. Hernandez
Counsel for Defendant