## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** May 1, 2024
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:** Laurie Engemann

**TITLE OF CASE:**  **DOCKET # 22CR00464(PGS)**
UNITED STATES OF AMERICA
       vs.
ONUR AKSOY

    **DEFT. PRESENT**

**APPEARANCES:**
Andrew Mark Trombly, AUSA and Matthew A. Lamberti, AUSA for the Government
Arturo Virgilio Hernandez, Esq and Ramon Hernandez, Esq for Defendant
Carly Schultz, Probation Officer


**Nature of Proceedings**: SENTENCING ON COUNTS 1 AND 4 OF INDICTMENT
Sentence: 60 months on Count 1 and 78 months on Count 4 to run concurrently.
Supervised Release 3 years with other special conditions
Special Assessment - $200; $100 on Count 1 and $100 on Count 4
Fine: $40,000 interest waived.
Restitution: Hearing scheduled for 6/24/2024 at 11:00 a.m.
Government moves to Dismiss Counts 2, 3, and 5 through 11 of Indictment.
Ordered application granted.
Defendant advised of right to appeal.
Defendant remanded to the custody of the U.S. Marshals.


**Time Commenced:** 11:52 a.m.
**Time Adjourned:** 12:43 p.m.
**Total Time:** 51 minutes


*Ivannya Fitzgerald*
**Courtroom Deputy**